**Order filed June 20, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00348-CV

_____

## IN THE MATTER OF THE MARRIAGE OF DAVID ALLEN GARZA AND BRITTANY GARZA

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 320200300**

# O R D E R

No reporter's record has been filed in this case. The official court reporter for the 300th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On May 6, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM